MECASLIN *et al. v.* HARRALSON *et al.,* and *vice versa.*

*Simmons, C. J.*—Upon a general review of the pleadings and evidence submitted to the trial judge, it does not appear that any error was committed in passing the interlocutory order, portions of which are excepted to by both sides. By the injunc-

tion granted, the existing status, except as to one matter, is preserved; and in that matter the plaintiffs are sufficiently protected by the undisputed solvency of the one defendant against whom the injunction was denied.

August 16, 1895.          *Judgment on both bills of exceptions affirmed.*

Petition for injunction, etc. Before Judge Lumpkin. Fulton county. March 30, 1895.

*John L. Hopkins & Sons* and *Glenn, Slaton & Phillips*, for plaintiffs. *N. J. & T. A. Hammond* and *Rosser & Carter*, for defendants.